# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 21-5005**                    **September Term, 2020**

**1:20-cv-02486-UNA**

**Filed On:** August 23, 2021

Sherry Lynn Dow,

        Appellant

    v.

Debbie Stabenow, United States Senator
from Michigan, et al.,

        Appellees

## ON APPEAL FROM THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

**BEFORE:**    Millett and Wilkins, Circuit Judges, and Sentelle, Senior Circuit Judge

## J U D G M E N T

This appeal was considered on the record from the United States District Court for the District of Columbia and on the brief filed by appellant. See Fed. R. App. P. 34(a)(2); D.C. Cir. Rule 34(j). Upon consideration of the foregoing; the motions for emergency relief, for expedition, to halt, to waive, and for default judgment; and the "petition for an extraordinary writ seeking relief from unreasonable delay," which is construed as a supplement to the motion for expedition, it is

**ORDERED** that the motion for emergency relief and the motion to halt, to waive, and for default judgment be denied. It is

**FURTHER ORDERED AND ADJUDGED** that the district court's order filed October 6, 2020 be affirmed. The district court properly dismissed appellant's case as frivolous. See 28 U.S.C. § 1915(e)(2)(B); Neitzke v. Williams, 490 U.S. 319, 325 (1989) ("[A] complaint . . . is frivolous where it lacks an arguable basis either in law or in fact."). It is

**FURTHER ORDERED** that the motion for expedition be dismissed as moot.

**No. 21-5005**                                      **September Term, 2020**


       Pursuant to D.C. Circuit Rule 36, this disposition will not be published. The Clerk is directed to withhold issuance of the mandate herein until seven days after resolution of any timely petition for rehearing or petition for rehearing en banc. See Fed. R. App. P. 41(b); D.C. Cir. Rule 41.

**Per Curiam**


                                **FOR THE COURT:**
                                Mark J. Langer, Clerk

            BY:    /s/
                     Daniel J. Reidy
                     Deputy Clerk